```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 35058
  FRANCISCO MELESIO
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-1842


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/21/04 and confirmed on 12/03/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  21695.54 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------------
FORD MOTOR CREDIT CO       SECURED          7175.00        547.96         7175.00
ECAST SETTLEMENT CORP      SECURED           300.00           .00          300.00
ADVOCATE MEDICAL GROUP     UNSECURED       NOT FILED          .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         3880.16          .00         3880.16
CAPITAL ONE FINANCIAL      UNSECURED          321.28          .00          321.28
CDW                        UNSECURED       NOT FILED          .00             .00
CONDELL MEDICAL CENTER     UNSECURED       NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         3761.98          .00         3761.98
LAKE COUNTY HEALTH DEPT    UNSECURED       NOT FILED          .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED          454.97          .00          454.97
VALUE CITY                 UNSECURED       NOT FILED          .00             .00
FORD MOTOR CREDIT CO       UNSECURED          397.76          .00          397.76
ECAST SETTLEMENT CORP      UNSECURED          794.17          .00          794.17
CAPITAL ONE FINANCIAL      UNSECURED          442.67          .00          442.67
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7475.00        .00     10052.99        .00      17527.99
PRINCIPAL PAID      7475.00        .00     10052.99        .00      17527.99
INTEREST PAID        547.96        .00          .00        .00        547.96
TOTAL PAID          8022.96        .00     10052.99        .00      18075.95
The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   2700.00
and was paid $    256.00   direct and $   2444.00   through the plan.

The Trustee received $     867.14 .

Refunds to the Debtor totaled $     308.45 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 12/14/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE